In the Matter of M—— J——, a Minor, by F—— J—— H——, his Mother, Petitioner,

v.

Ray F. FRENCH, Superintendent, Missouri Intermediate Reformatory, Respondent.

No. KCD 26784.

Missouri Court of Appeals, Kansas City District.

Dec. 31, 1973.

T. E. Lauer, St. Louis, for petitioner.

Preston Dean, Asst. Atty. Gen., Ray F. French, Superintendent, Missouri Intermediate Reformatory, Jefferson City, for respondent.

Before DIXON, C. J., and SHANGLER, PRITCHARD, SWOFFORD, WASSERSTROM and SOMERVILLE, JJ.

WASSERSTROM, Judge.

This is a companion case to O—— H—— v. French, KCD 26783, 504 S.W.2d 269, being decided concurrently herewith. The facts in both cases are the same in essential respects, and this case is controlled by the principles discussed in the O—— H—— opinion.

The juvenile M—— J—— is remanded to the custody of the State Board of Training Schools.

All concur.